| Prob 22<br>(2/98) | | DOCKET NUMBER (Tran Court)<br>3:99CR00101-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED _CAS_ D.C.<br>2005 DEC 20  PM 4: 06 | DOCKET NUMBER (Rec Court)<br>2:05CR20453 |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE:<br><br>James Edward Jones<br>7805 Wolf Hollow Drive<br>Memphis, TN 38133 | DISTRICT<br>Northern District of Mississippi | DIVISION<br>Western |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Chief Judge Glen H. Davidson | |

| | DATES OF PROB/TSR RELEASE | FROM<br>March 19, 2003 | TO<br>March 18, 2006 |
|---|---|---|---|

**OFFENSE**

Bank Robbery by Force, Violence, or Intimidation

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the WESTERN DISTRICT OF TENNESSEE upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_10-31-05_
Date

_[signature]_
United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Dec. 14, 2005_
Date

_[signature]_
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _12-22-05_



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1 in case 2:05-CR-20453 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT